United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 12-13055-jkf
Regina Ruth McInnis                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi            Page 1 of 1              Date Rcvd: Jul 22, 2016
                       Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2016.
db             +Regina Ruth McInnis,    6650 Tulip Street,    Philadelphia, PA 19135-2806
               +TNS Custom Research,    Payroll Controller,    700 Dresher Rd.,    Horsham, PA 19044-2206

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2016 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    Bank of America, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
      ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
      D. TROY SELLARS    on behalf of Creditor    BANK OF AMERICA, N.A. tsellars@cozen.com
      DAVID M. OFFEN    on behalf of Debtor Regina Ruth McInnis dmo160west@gmail.com, davidoffenecf@gmail.com
      JOSEPH PATRICK SCHALK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
      KEVIN T MCQUAIL    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com
      MARISA MYERS COHEN    on behalf of Creditor    BANK OF AMERICA, N.A. mcohen@mwc-law.com
      MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
      WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                  TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :     Chapter 13

Regina Ruth McInnis                 :     Case No. 12-13055-JKF
xxx-xx-4882
   Debtor

AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTORS EMPLOYER:

   The future earnings of the above named debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the debtor's plan.

   IT IS THEREFORE ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the Order the sum of

$151.50 EVERY TWO WEEKS.

   The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below

   During the continuance of this Court case, the debtor's wages shall be exempt from garnishment or attachments issuing from any state court, nor shall the employer honor levies on the debtor's wages from the collection of any state or federal taxes

_____  7/21/16
HONORABLE JEAN K. FITZSIMON    DATED:
UNITED STATES BANKRUPTCY JUDGE

Make checks payable to:          David M. Offen Esq.
William C. Miller, Trustee       Suite 160 West, Curtis Ctr.
P.O. Box 1799                    Philadelphia, PA 19106
Memphis, TN 38101-1799           (215) 625-9600

Payroll Controller
TNS Custom Research
700 Dresher Rd.
Horsham, PA 19044