IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE | : | CHAPTER 13 |
|  | : |  |
| Regina Ruth McInnis | : | No. 12-13055-JKF |
| Debtor |  |  |

O R D E R

AND NOW, this_____day of_____, 2017, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

*[signature: Jean K. Fitzsimon]*

**Date: April 4, 2017**

_____
HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Trustee

David M. Offen, Esquire

Payroll Controller
TNS Custom Research
700 Dresher Rd.
Horsham, PA 19044