United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 12-13055-jkf
Regina Ruth McInnis                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: Randi　　　Page 1 of 1　　　Date Rcvd: Apr 04, 2017
　　　　　　　　　　　　　Form ID: pdf900　　Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2017.
db　　　　　+Regina Ruth McInnis,　　128 W. Walnut St.,　　Philadelphia, PA 19144
　　　　　　+TNS Custom Research,　　Payroll Controller,　　700 Dresher Rd.,　　Horsham, PA 19044-2206

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2017　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2017 at the address(es) listed below:
       ANDREW  SPIVACK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
       ANDREW F GORNALL    on behalf of Creditor    Bank of America, N.A. agornall@kmllawgroup.com,
        bkgroup@kmllawgroup.com
       ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
        bkgroup@kmllawgroup.com
       D. TROY SELLARS    on behalf of Creditor    BANK OF AMERICA, N.A. D.Troy.Sellars@usdoj.gov
       DAVID M. OFFEN    on behalf of Debtor Regina Ruth McInnis dmo160west@gmail.com,
        davidoffenecf@gmail.com
       KEVIN T MCQUAIL    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com
       MARISA MYERS COHEN    on behalf of Creditor    BANK OF AMERICA, N.A. mcohen@mwc-law.com
       MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
       THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
        bkgroup@kmllawgroup.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
       WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
        philaecf@gmail.com
                                                                                                                             TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| Regina Ruth McInnis | : | No. 12-13055-JKF |
| Debtor | | |

O R D E R

AND NOW, this _____ day of _____, 2017, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

**Date: April 4, 2017**

_____
HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Trustee

David M. Offen, Esquire

Payroll Controller
TNS Custom Research
700 Dresher Rd.
Horsham, PA 19044