```
            UNITED STATES BANKRUPTCY COURT
            EASTERN DISTRICT OF PENNSYLVANIA
```

IN RE:                              :    CHAPTER 13

Regina Ruth McInnis                 :    No. 12-13055

## PRAECIPE TO WITHDRAW

Pursuant to the above-captioned matter, kindly withdraw the Application and attached Order on Motion to Discontinue Wage Deduction filed on May 12, 2017.

/s/ David M. Offen
David M. Offen, Esquire
Curtis Center, 1st Fl., Ste. 160 W
601 Walnut Street
Philadelphia, PA  19106

Dated: May 12, 2017