```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania

In re:                                                              Case No. 12-13055-amc
Regina Ruth McInnis                                                 Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: Randi                  Page 1 of 2                  Date Rcvd: Oct 17, 2017
                              Form ID: 138NEW              Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2017.
db            +Regina Ruth McInnis,    128 W. Walnut St.,   Philadelphia, PA 19144
12714472      +Bank Of America, N.A.,    450 American St,   Simi Valley, CA 93065-6285
13259816      +Bank of America NA,    c/o Andrew F. Gornall, Esq.,   KML Law Group PC,
               701 Market St., Ste. 5000,   Phila., PA 19106-1541
12979318      +Bank of America NA,    c/o Kevin T. McQuail, Esq.,   123 S. Broad St., Ste. 1400,
               Phila., PA 19109-1060
13839162      +Bank of America NA,    c/o Thomas Puleo, Esq.,   KML Law Group PC,   701 Market St., Ste. 5000,
               Phila., PA 19106-1541
12865457      +Bank of America, N.A.,    7105 Corporate Drive,   Plano, TX 75024-4100
12714484     ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,   MARIETTA GA 30067-6429
              (address filed with court: Focus Receivables Mana,   1130 Northchase Pkwy Ste,
               Marietta, GA 30067)
12714485       PGW,   P.O. Box 11700,   Newark, NJ 07101-4700
12780152      +Philadelphia Gas Works,    800 W Montgomery Ave,   Phila pa,19122,
               Atttn: Bankruptcy Dept 3F 19122-2898
12714486      +Pinnacle Financial Gro,    7825 Washington Ave S St,   Minneapolis, MN 55439-2430
12714487       Safe Home,   Rocky Hill, CT 06067
12802387       Verizon,   PO BOX 3037,   Bloomington, IL 61702-3037
12714494      +Verizon Pennsylvania I,    500 Technology Dr,   Weldon Spring, MO 63304-2225
12802424      +Verizon Wireless,   PO BOX 3397,   Bloomington, IL 61702-3397
12714495      +Verizon Wirelss,   2000 Corporate Dr,   Orangeburg, NY 10962-2624

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Oct 18 2017 01:42:04     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 18 2017 01:41:23
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 18 2017 01:41:53     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 18 2017 01:45:04     Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,   PO Box 4457,
               Houston, TX 77210-4457
12714470      +E-mail/Text: broman@amhfcu.org Oct 18 2017 01:41:37     American Heritage Fcu,
               2060 Red Lion Rd,   Philadelphia, PA 19115-1699
12731174       E-mail/Text: bankruptcy@phila.gov Oct 18 2017 01:42:04     City of Philadelphia,
               SchoolDistrict of Philadelphia,   Law Department - Tax Unit,   One Parkway Building,
               1515 Arch Street, 15th Floor,   Philadelphia, PA 19102-1595
12714473       E-mail/Text: electronicbkydocs@nelnet.net Oct 18 2017 01:41:36     Dept Of Education/Neln,
               121 S 13th St,   Lincoln, NE 68508-1904
13028235       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 18 2017 01:45:18     Midland Funding LLC,
               by American InfoSource LP as agent,   Attn: Department 1,   PO Box 4457,
               Houston, TX 77210-4457
12770148       E-mail/Text: electronicbkydocs@nelnet.net Oct 18 2017 01:41:36
               Nelnet on behalf of US Dept of Education,   U.S. Dept of Education,
               3015 South Parker Road Suite 400,   Aurora CO 80014-2904
12714488      +E-mail/PDF: pa_dc_claims@navient.com Oct 18 2017 01:35:54     Sallie Mae,   Po Box 9500,
               Wilkes Barre, PA 18773-9500
12760239       E-mail/PDF: pa_dc_litigation@navient.com Oct 18 2017 01:35:25
               Sallie Mae Inc. on behalf of USA FUNDS,   Attn: Bankruptcy Litigation Unit E3149,
               P.O. Box 9430,   Wilkes-Barre, PA 18773-9430
12714493      +E-mail/Text: bankruptcy@td.com Oct 18 2017 01:41:35     Td Bank N.A.,   32 Chestnut St,
               Lewiston, ME 04240-7799
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr*            Midland Funding LLC by American InfoSource LP as a,   Attn: Department 1,   PO Box 4457,
               Houston, TX 77210-4457
12714471*     +American Heritage Fcu,    2060 Red Lion Rd,   Philadelphia, PA 19115-1699
12714474*     +Dept Of Education/Neln,    121 S 13th St,   Lincoln, NE 68508-1904
12714475*     +Dept Of Education/Neln,    121 S 13th St,   Lincoln, NE 68508-1904
12714476*     +Dept Of Education/Neln,    121 S 13th St,   Lincoln, NE 68508-1904
12714477*     +Dept Of Education/Neln,    121 S 13th St,   Lincoln, NE 68508-1904
12714478*     +Dept Of Education/Neln,    121 S 13th St,   Lincoln, NE 68508-1904
12714479*     +Dept Of Education/Neln,    121 S 13th St,   Lincoln, NE 68508-1904
12714480*     +Dept Of Education/Neln,    121 S 13th St,   Lincoln, NE 68508-1904
12714481*     +Dept Of Education/Neln,    121 S 13th St,   Lincoln, NE 68508-1904
12714482*     +Dept Of Education/Neln,    121 S 13th St,   Lincoln, NE 68508-1904
12714483*     +Dept Of Education/Neln,    121 S 13th St,   Lincoln, NE 68508-1904
13028236*      Midland Funding LLC,    by American InfoSource LP as agent,   Attn: Department 1,   PO Box 4457,
               Houston, TX 77210-4457
12714489*     +Sallie Mae,   Po Box 9500,    Wilkes Barre, PA 18773-9500
12714490*     +Sallie Mae,   Po Box 9500,    Wilkes Barre, PA 18773-9500
```

```
District/off: 0313-2          User: Randi              Page 2 of 2              Date Rcvd: Oct 17, 2017
                              Form ID: 138NEW          Total Noticed: 27

              ***** BYPASSED RECIPIENTS (continued) *****
12714491*      +Sallie Mae,    Po Box 9500,    Wilkes Barre, PA 18773-9500
12714492*      +Sallie Mae,    Po Box 9500,    Wilkes Barre, PA 18773-9500
                                                                                   TOTALS: 0, * 17, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2017 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              ANDREW F GORNALL    on behalf of Creditor    Bank of America, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              D. TROY SELLARS    on behalf of Creditor    BANK OF AMERICA, N.A. D.Troy.Sellars@usdoj.gov
              DAVID M. OFFEN    on behalf of Debtor Regina Ruth McInnis dmo160west@gmail.com,
               davidoffenecf@gmail.com
              KEVIN T MCQUAIL    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com
              MARISA MYERS COHEN    on behalf of Creditor    BANK OF AMERICA, N.A. mcohen@mwc-law.com
              MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 12
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Regina Ruth McInnis
    Debtor(s)

Bankruptcy No: 12−13055−amc
Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 10/17/17

82 − 81
Form 138_new