United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Regina Ruth McInnis  
    Debtor

Case No. 12-13055-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Dec 01, 2017  
                      Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2017.  
db            +Regina Ruth McInnis,    7175 Moonlite Drive,    Manhattan, MT 59741-8460

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2017                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2017 at the address(es) listed below:

         ANDREW  SPIVACK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com  
         ANDREW F GORNALL    on behalf of Creditor    Bank of America, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
         ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
         D. TROY SELLARS    on behalf of Creditor    BANK OF AMERICA, N.A. D.Troy.Sellars@usdoj.gov  
         DAVID M. OFFEN    on behalf of Debtor Regina Ruth McInnis dmo160west@gmail.com, davidoffenecf@gmail.com  
         KEVIN T MCQUAIL    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com  
         MARISA MYERS COHEN    on behalf of Creditor    BANK OF AMERICA, N.A. mcohen@mwc-law.com  
         MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com  
         THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                                      TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Regina Ruth McInnis : Case No. 12−13055−amc
      Debtor(s)

### ORDER
_____

AND NOW, this day , December 1, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

85
Form 195